DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

MEADOWCREST TRUST,

Appellant,

v.

EQUITY TRUST COMPANY AS CUSTODIAN,
FBO ACCOUNT #XXX, IRA,

Appellee.

No. 2D2025-1781

————————————————

April 10, 2026

Appeal from the Circuit Court for Pinellas County; Patricia Ann Muscarella, Judge.

Gabriel Strine of Strine Legal Services, PLLC, Odessa, for Appellant.

Andrew Z. Tapp of Metropolitan Law Group, PLLC, Brandon, for Appellee.

PER CURIAM.

Affirmed.

LUCAS, C.J., and LaROSE and MORRIS, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.